**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Paul TWEED, Defendant–
Appellant.**

**No. 02–7180.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

---

Robert Paul Tweed, Appellant Pro Se. Kenneth Davis Bell, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Paul Tweed seeks to appeal the district court's order denying relief on his motion filed under Fed.R.Civ.P. 60(b) and construed by the district court as a successive 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude the district court properly construed Tweed's action, styled as an "Independent Action," as a successive § 2255 motion. For the reasons stated by the district court, we conclude that Tweed has not made a substantial showing of the denial of a constitutional right. *See United States v. Tweed*, Nos. CR–94–11–V; CA–02–86–5–1–V (W.D.N.C. July 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*